```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────────

GENESIS RODRIGUEZ,                           19-cv-10002 (JGK)

                Plaintiff,                   ORDER

        - against -

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
───────────────────────────────────────
```

**JOHN G. KOELTL, District Judge:**

The Commissioner should respond to the objections by March 30, 2021.

**SO ORDERED.**

**Dated:**   **New York, New York**
            **March 18, 2021**

                                   _____/s/ John G. Koeltl_____
                                          John G. Koeltl
                                   **United States District Judge**