**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
**GENESIS RODRIGUEZ,**

                Plaintiff,                              19 **CIVIL** 10002 (JGK)

      -against-                                  **JUDGMENT**

**COMMISSIONER OF SOCIAL SECURITY,**

                Defendant.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Memorandum Opinion and Order dated April 9, 2021, The Court has considered all of the arguments raised by the parties. To the extent not specifically addressed, the arguments are either moot or without merit. For the reasons explained above, the Magistrate Judge's thorough Report and Recommendation is **adopted** in its entirety, the Commissioner's motion for judgment on the pleadings is **granted**, and the plaintiff's motion is **denied**.; accordingly, the case is closed.

**Dated:** New York, New York
        April 9, 2021

                                                  **RUBY J. KRAJICK**
                                                   **Clerk of Court**
                          **BY:**
                                                     **Deputy Clerk**